1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   530 South Las Vegas Blvd., Suite 300
3  Las Vegas, Nevada  89101
   (702) 386-0536; FAX (702) 386-6812
4  Attorney for Plaintiff

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7  MICHAEL WARE,                          Case No.: 2:13-cv-00958-JAD-PAL

8        Plaintiff,

9  vs.

10 CLARK COUNTY, NEVADA,

11       Defendant.

12 _____/

13
                **STIPULATION AND ORDER TO EXTEND SCHEDULED DEADLINES**
14                              **(First Request)**

15       Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record,

16 hereby stipulate and request that this Court extend the Discovery Deadlines in the above-captioned case

17 for ninety (90), up to and including, April 14, 2014.  In support of this Stipulation and Request, the parties

18 state as follows:

19 **A.    DISCOVERY COMPLETED TO DATE**

20       Plaintiff served his First Request for Production of Documents and his First Set of Interrogatories

21 to Defendant on September 24, 2013. Plaintiff has not received any discovery requests from Defendant yet.

22 **B.    DISCOVERY REMAINING TO BE COMPLETED**

23       The parties in this case are in the middle of discovery and must complete depositions, in addition

24 to make their expert disclosures.

25 **C.     REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

26       The Early Neutral Evaluation will not take place in this case until November 6, 2013. The discovery

27 deadlines must be extended because the parties will not be able to designate any potential expert witnesses

28 by the deadline for expert disclosures, which is currently scheduled for November 14, 2013. Based on the

fact that the ENE is approximately one week before the deadline for expert disclosures, the parties need more time to evaluate their cases and determine whether an expert will be needed.

**D.     PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

1.     The last day for Initial Expert Disclosures should be extended to February 12, 2014.

2.     The Interim Status Report deadline should be extended to February 13, 2014.

3.     The last day for Rebuttal Expert Disclosures should be extended to March 17, 2014.

4.     The last day to extend the Stipulated Discovery Plan and Scheduling Order should be extended to March 24, 2014.

5.     The close of discovery should be extended to April 14, 2014.

6.     The Dispositive motion deadline should be extended to May 13, 2014.

7.     The Joint Pre-Trial Order deadline should be extended to June 12, 2014.

DATED this __1__ day of October, 2013.          DATED this __1__ day of October, 2013.

LAW OFFICE OF DANIEL MARKS                LEWIS BRISBOIS BISGAARD
                                          & SMITH, LLP


  /s/ Nicole M. Young                        /s/ Robert W. Freeman
DANIEL MARKS, ESQ.                        ROBERT W. FREEMAN, Esq.
Nevada State Bar No. 002003               Nevada State Bar No. 003062
NICOLE M. YOUNG, ESQ.                     6385 S. Rainbow Blvd., Ste. 600
Nevada State Bar No. 12659                Las Vegas, Nevada 89118
530 South Las Vegas Blvd., Suite 300      Attorney for Defendant
Las Vegas, Nevada 891010
Attorney for Plaintiff

1

2                                    **ORDER**

3          IT IS SO ORDERED.

4          DATED this 4; ý  day of'Qevqdgt, 2013.

5

6

7                                                    UNITED STATES MAGISTRATE JUDGE

8    Respectfully Submitted:

9    LAW OFFICE OF DANIEL MARKS

10

     /s/ Nicole M. Young
11   DANIEL MARKS, ESQ.
     Nevada State Bar No. 002003
12   NICOLE M. YOUNG, ESQ.
     Nevada State Bar No. 12659
13   530 South Las Vegas Blvd., Suite 300
     Las Vegas, Nevada 89101
14   Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28