UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Michael Ware,

    Plaintiff,

v.

Clark County, Nevada,

    Defendant.

Case No.: 2:13-cv-00958-JAD-PAL

**Order Re: Docs. 29, 31**

Based on the findings and conclusions stated on the record during the February 3, 2015, hearing, and having found genuine issues of material fact,

It is HEREBY ORDERED that Clark County's Motion for Summary Judgment [Doc. 29] is DENIED.

It is FURTHER ORDERED that Ware's Motion for Summary Judgment [Doc. 31] is DENIED.

The parties are hereby ordered to a settlement conference with a United States Magistrate Judge.

DATED: February 3, 2015.

_____
Jennifer A. Dorsey
United States District Judge