1 | ROBERT W. FREEMAN
Nevada Bar No. 3062
2 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
3 | Las Vegas, Nevada 89118
702.893.3383
4 | FAX: 702.893.3789
     Attorneys for Defendant
5 |  Clark County

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL WARE, | CASE NO. 2:13-cv-0958-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE TIME FOR THE PARTIES TO FILE PRE-TRIAL MEMORANDUM** |
| vs. | |
| CLARK COUNTY, NEVADA | **(FIRST REQUEST)** |
| Defendants. | |

COMES NOW, Plaintiff and Defendant, by and through their counsels of record, and pursuant to Local Rule 6-1, the parties hereby stipulate, agree, and make joint application to extend the time for the parties to file their Pre-Trial Memorandum.

This extension is based on the following:

On February 3, 2015, the Court denied Defendant's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment.

Upon ruling on the above-mentioned motions, the Court ordered the parties to file their pre-trial memorandum within thirty (30) days.

The Court also ordered the parties to a settlement conference mediation with a U.S. Magistrate Judge.

On February 5, 2015, Magistrate Judge Peggy A. Leen ordered a settlement conference set for May 21, 2015. *See* Dkt. No. 47.



4821-8386-7937.1

In order to follow this schedule, the parties would be required to expend time and resources on preparing a pre-trial memorandum more than two months prior to the ordered settlement conference where all or some of the issues in the case may be resolved.

This extension is made in good faith and not for purposes of delay. Based upon the foregoing, the parties request that this Court order the time for the parties to file their Pre-Trial Memorandum be extended to thirty (30) days after the settlement conference if necessary. The new deadline for the Pre-Trial Memorandum will be June 22, 2015.

| DATED this 12th day of February, 2015. | DATED this 12th day of February, 2015. |
|---|---|
| LEWIS BRISBOIS BISGAARD SMITH LLP | LAW OFFICES OF DANIEL MARKS |
| /s/ Robert W. Freeman | /s/ Daniel Marks |
| Robert W. Freeman, Esq. | Daniel Marks, Esq. |
| Nevada Bar No. 3062 | Nevada Bar No. 2003 |
| 6385 S. Rainbow Blvd., #600 | 610 South Ninth Street |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89101 |
| Attorneys for Defendant | Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated this 13 day of February, 2015.

_____
U.S. MAGISTRATE JUDGE

4821-8386-7937.1                      2