# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

MICHAEL WARE,

                                Plaintiff,

  v.

CLARK COUNTY, NEVADA,

                              Defendant.

Case No. 2:13-cv-00958-JAD-PAL

**MINUTES OF PROCEEDINGS**

Dated: July 20, 2015

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin          **RECORDER/TAPE #:**  None

**COUNSEL FOR PLAINTIFF(S):** Daniel Marks

**COUNSEL FOR DEFENDANT(S):** Robert Freeman, Jr.

**PROCEEDING:**  Settlement Conference – Telephonic status check

A telephonic status check was conducted commencing at 4:37 p.m.

Defense counsel believed that this matter would be on the agenda for July 21, 2015, but it did not make it on the agenda.  However, he understands that it will be on the agenda for the August 4, 2015, session.  Both counsel agreed that they are ready to finalize this matter once final approval has been given by the County Commission.  Mr. Marks states that he will be out of the office the week following the County Commission meeting.  Counsel therefore request two weeks, or until August 18, 2015, in which to file the stipulation to dismiss.  The status check concluded at 4:44 p.m.

**IT IS ORDERED** that the parties shall have until **August 18, 2015**, to file a stipulation to dismiss, or a joint status report advising of the status of the case and when the stipulation to dismiss will be filed.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE