1 ROBERT W. FREEMAN
Nevada Bar No. 3062
2 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
3 Las Vegas, Nevada 89118
702.893.3383
4 FAX: 702.893.3789
  Attorneys for Defendant
5   Clark County

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| MICHAEL WARE,<br><br>              Plaintiff,<br><br>      vs.<br><br>CLARK COUNTY, NEVADA<br><br>              Defendants. | CASE NO. 2:13-cv-0958-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

10

11

12

13

14

15      IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and

16 their respective counsel of record, and upon the representation having been made that all claims

17 have been settled.

18 ...

19 ...

20 ...

21 ...

22 ...

23 ...

24 ...

25 ...

26 ...

27 ...

28 ...

LEWIS
BRISBOI
S
BISGAAR
D

4826-0878-2373.1

1      IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be

2   dismissed with prejudice, each party to bear its own costs and attorney fees.

3   DATED this ⎰7 day of August, 2015.        DATED this 13 day of August, 2015.

4   LEWIS BRISBOIS BISGAARD & SMITH LLP     LAW OFFICE OF DANIEL MARKS

5

6   Robert W. Freeman, Jr., Esq.            Daniel Marks, Esq.
    Nevada Bar No. 3062                     Nevada Bar No. 2003
7   6385 S. Rainbow Blvd, Suite 600         Nicole M. Young, Esq.
8   Las Vegas, Nevada 89188                 Nevada Bar No. 12659
    Attorney for Defendants                 610 South Ninth Street
9   Southern Nevada Health District and     Las Vegas, Nevada 89101
    Robert Gunnoe

10

11                                  **ORDER**

12      Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is

13   DISMISSED with prejudice, each side to bear its own fees and costs.  All pending

14   motions are DENIED as moot.  The Clerk of Court is instructed to close this case.

15      Dated:  August 18, 2015.

16

17                                  _____
                                    UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOI
S
BISGAAR
D

4826-0878-2373.1                                 2